No. 41472.—Protest 901249–G(A) of J. E. Bernard & Co., Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the bottles in question are similar to those passed upon in *United States* v. *Hudnut* (17 C. C. P. A. 207, T. D. 43649). The claim at 50 cents per gross under paragraph 217 was therefore sustained.

No. 41473.—Protests 779707–G, etc., of American Import Co: et al. (Galveston and Seattle).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 31, 1939

No. 41474.—Petition 5804–R of Langfelder, Homma & Hayward, Inc. (Los Angeles).

Opinion by KINCHELOE, J. The petition was dismissed.

BEFORE THE THIRD DIVISION, MAY 31, 1939

No. 41475.—Protest 935066–G of Boucheron Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the wrappers of the diamonds and jewelry bore no marking whatever and that the outer containers were marked with the street address of the shippers with the words "London" and "Paris" but not stating the name of a country. There also appear the words "British Origin" on two of the outer coverings and "French Origin" on one. It was found that the paper wrappers were the immediate containers of the diamonds and jewelry, and as they bore no marking to indicate the country of origin of their contents the court held that the goods were not legally marked and overruled the protest. Abstract 39004, *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104), and Abstract 40710 followed.

No. 41476.—Protest 905283–G of Crosse & Blackwell, Inc. (New York).

Opinion by CLINE, J. It appeared that the merchandise consists of kippered herrings packed in tins, contained in cases, marked "Great Britain." There was also a so-called "top label" upon which appeared the marking "Great Britain" but the marking on the tin was obscured by the top label. The cases and cartons in which the tins were packed were marked. The protest was sustained on the authority of Abstract 32466 and *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103).

No. 41477.—Petition 5442–R of Atlas Waste Mfg. Co., Inc. (Ogdensburg).